COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| GERARDO MALDONADO, INDIVIDUALLY, | § | No. 08-08-00234-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| HENRY TAYLOR, INDIVIDUALLY AND D/B/A HENRY TAYLOR | § | of El Paso County, Texas |
| INVESTMENTS, | § | (TC # 2006-4803) |
| Appellee. | § |  |

## MEMORANDUM OPINION

Pending before the Court is an agreed motion to affirm the judgment of the trial court pursuant to TEX.R.APP.P. 42.1(a)(2) which permits this Court to render judgment effectuating the parties' agreement. We therefore grant the motion and affirm the judgment of the trial court in accordance with the agreement of the parties. The parties' agreement does not reflect how costs should be allocated. Accordingly, costs are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

April 9, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating